UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-208-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JERRY LEE BACKUS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on February 14, 2007. The United States was represented by AUSA Karyn S. Johnson and the defendant by Michael Filipovic. The proceedings were digitally recorded.

Defendant had been sentenced in the District of Idaho on or about December 4, 2003 by the Honorable Edward J. Lodge on a charge of Fraud and related activity in connection with access devices, and sentenced to 10 months custody, 3 years supervised release. Defendant's supervised release jurisdiction was transferred to this court on April 30, 2004 (Dkt. 3).

The conditions of probation included the standard conditions plus the requirements that defendant participate in a drug dependency/substance abuse program, participate in a mental health

program, submit to search, provide access to financial information, not incur any new credit without permission, perform 40 hours community service, and pay restitution in the amount of $1,220.77. (Dkt. 3).

Defendant's probation officer reported on October 5, 2004 that defendant tested positive for alcohol and cocaine. He was reprimanded, placed in a structured testing program, and referred for assessment and counseling. (Dkt. 5). This was the first positive test since commencing supervision.

On April 6, 2005, defendant's probation officer reported that defendant was using marijuana for pain relief related to a back injury and was in arrears in his restitution payments. Defendant agreed to stop using marijuana for pain relief and to get caught up in his payments. No further action was taken at the time. (Dkt. 6).

On January 18, 2006, defendant admitted to violating the conditions of supervised release by using certain controlled substances such as percocet and vicodin without a prescription. (Dkt. 15.) At the disposition hearing, defendant was in compliance with the conditions of supervised release, so no further action was taken. (Dkt. 17.)

In an application dated January 29, 2007 (Dkt 18), U.S. Probation Officer Michael S. Larsen alleged the following violations of the conditions of supervised release:

1. Using cocaine, on or about January 25, 2007, in violation of the general condition that he refrain from any unlawful use of a controlled substance.

2. Using marijuana, on or about January 23, 2007, in violation of the general condition that he refrain from any unlawful use of a controlled substance.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of February, 2007.

                    Mary Alice Theiler
                    United States Magistrate Judge

cc:  District Judge:         Honorable Marsha J. Pechman
     AUSA:                   Karyn S. Johnson
     Defendant's attorney:   Michael Filipovic
     Probation officer:      Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3